RICK D. ROSKELLEY, ESQ., Bar # 3192
LITTLER MENDELSON
3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169-5937
Telephone:    702.862.8800
Fax No.:      702.862.8811
Attorneys for Defendant
CENTEX HOMES



UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LAWRENCE HAVLICK, DOUGLAS FEE, and CHAD BOEHNE, on their own behalf, and on behalf of those similarly situated,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>CENTEX HOMES, a Nevada General partnership,<br>　　　　　　Defendant. | Case No. 2:10-CV-00339-LRH-LRL |

**PLAINTIFFS' STIPULATION OF DISMISSAL WITH
<u>PREJUDICE PURSUANT TO FED R. CIV. P. 41(A)(1)(a)(II)</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii), with the filing of this document, Plaintiffs stipulate that they hereby dismiss any and all claims brought in this litigation. This dismissal is <u>with prejudice</u> to the re-filing of Plaintiffs' claims.

As required by Rule 41(a)(1)(a)(ii), Counsel for all Parties have signed this Stipulation.

**IT IS SO STIPULATED**.

Firmwide:97990426.1 025155.1138

Dated: October 15, 2010.

| MORGAN & MORGAN, P.A.<br>Attorneys for Plaintiff<br><br>By: /s/Carlos A. Leach<br>   Carlos A. Leach, Esq.<br>   Morgan & Morgan, PA<br>   7450 Griffin Road, Suite 230<br>   Davie, FL 33314<br>   Tel:   954.318.0268<br>   Fax:   954.333.3515<br>   E-mail: cleach@forthepeople.com | LITTLER MENDELSON<br>Attorneys for Defendant<br><br>By: /s/Rick D. Roskelley, Esq.<br>   Rick D. Roskelley, Esq., Bar # 3192<br>   3960 Howard Hughes Parkway, Suite 300<br>   Las Vegas, Nevada 89169-5937<br>   Telephone:   702.862.8800<br>   Facsimile: 702.862.8811<br>   Email: rroskelley@littler.com |
|---|---|

IT IS SO ORDERED

_____
U.S. DISTRICT JUDGE

DATED: 10-18-10